UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CFE RACING PRODUCTS, INC.,

      Plaintiff,                             Case Number 11-13744

v.                                                Honorable David M. Lawson

BMF WHEELS, INC. and BROCK
WELD,

      Defendants.
_____/

### ORDER DECLARING SATISFACTION OF JUDGMENT, BARRING ENFORCEMENT OF EQUITABLE RELIEF, AND DISMISSING PENDING MOTIONS

On June 17, 2016, the parties filed a stipulation informing the Court that they had reached an agreement that satisfies the Second Amended Judgment previously entered, resolves all of the remaining live points of dispute in this litigation, purges all remaining orders and allegations of contempt, and eliminates the need to enforce any of the equitable provisions of the Second Amended Judgment through a motion for contempt or otherwise in this case. As a condition of that settlement, they jointly requested that the Court enter an order declaring the judgment satisfied, barring any future effort to enforce it through a motion for contempt or otherwise in this case, and dismissing all of the parties' pending motions.

Accordingly, it is **DECLARED** that the Second Amended Judgment [dkt. #241] is deemed **SATISFIED** in all respects, and any past or present contempt of the second amended judgment, the amended judgment, and the original judgment by the defendants is **PURGED**.

It is further **ORDERED** that the plaintiff shall make no further attempt to enforce any equitable provisions of the second amended judgment through a motion for contempt or otherwise in this case.

It is further **ORDERED** that the plaintiff's sixth motion for contempt [dkt. #245] and the defendants' motions to alter or amend the judgment [dkt. #262, 283] are **DISMISSED** as moot.

                                        s/David M. Lawson  
                                        DAVID M. LAWSON  
                                        United States District Judge

Dated: June 17, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 17, 2016.

                        s/Susan Pinkowski  
                        SUSAN PINKOWSKI